# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>Cydni Lynn Wills | MISC. CASE NO.: 4:23-mc-1 |

## **O R D E R**

Pursuant to the Summons for Jury Service and subsequent reminder Notice dated February 3, 2023, Cydni L. Wills was summoned to report to this Court at 8:30 a.m. on Tuesday, February 14, 2023, for jury service in Savannah, Georgia.  By virtue of the Court's receipt of a completed and signed Jury Information Form from Ms. Wills, it appears that she received the jury summons and notice and was aware of her duty to report.[1]  Upon the opening of Court and the commencement of jury selection on February 14, 2023, the Court determined that Ms. Wills was not present, having failed to comply with the summons.  Therefore, upon due consideration of the importance of jury service in the proper administration of justice and, in light of the seriousness with which this Court views a failure to comply with a jury summons, Cydni L. Wills is hereby ORDERED TO APPEAR in the United States Courthouse, Courtroom 1, 8 Southern Oaks Court, Savannah, Georgia, on Wednesday, February 22, 2023, at 10:00 a.m. and SHOW CAUSE why she should not be held in contempt of Court for her failure to comply and appear for jury service.

---

[1]  Indeed Ms. Wills responded to the notice and summons for jury service on February 10, 2023, requesting to be excused, and then again on February 13, 2023, inquiring as to consequences for not reporting for jury service.

The United States Marshal is DIRECTED to personally serve a copy of this Order on Cydni L. Wills forthwith at her place of residence, 111 Country Walk Circle, Savannah, Georgia 31419, or at such other place as she may be found.

**SO ORDERED**, this 15th day of February, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA